UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 03-3758 and 03-4524

JONETHAN FORD; GARY THOMPSON; JAMES TARVER;
KARL REEVES; AKEEM MUTOMBO; ROBERT EDWARDS

v.

MERCER COUNTY CORRECTIONAL CENTER; DENNIS CUNNINGHAM;
ROBERT D. PRUNETTI; JOHN FARMER; J. MCCALL;
SWANSON COMMISSARY COMPANY; PREVIOUS COMMISSARY COMPANY;
WATER MANAGEMENT COMPANY; LINDA ROGERS; PAULA PULGAR;
PATRICIA HUTCHINSON, DR.

Akeem Mutombo,
Appellant

JONETHAN FORD; GARY THOMPSON; JAMES TARVER;
KARL REEVES; AKEEM MUTOMBO; ROBERT EDWARDS

v.

MERCER COUNTY CORRECTIONAL CENTER; DENNIS CUNNINGHAM;
ROBERT D. PRUNETTI; JOHN FARMER; J. MCCALL;
SWANSON COMMISSARY COMPANY; PREVIOUS COMMISSARY COMPANY;
WATER MANAGEMENT COMPANY; LINDA ROGERS; PAULA PULGAR;
PATRICIA HUTCHINSON, DR.

Akeem Mutombo,
Appellant

Appeals from the United States District Court
for the District of New Jersey
(D.C. Civil No. 00-cv-01623)
District Judge: Honorable Freda L. Wolfson

Argued January 25, 2006

Before:  RENDELL and STAPLETON, Circuit Judges
and GILES*, District Judge

JUDGMENT

These causes came on to be heard on the record from the United States District Court for the District of New Jersey and were argued on January 25, 2006.  On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the orders of the District Court entered on August 13, 2003 and October 22, 2003, be and the same are hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.

ATTEST:

Marcia M. Waldron, Clerk

Dated: March 22, 2006

---

*   Honorable James T. Giles, Judge of the United States District Court for the Eastern District of Pennsylvania, sitting by designation.